ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Law & Policy
Social Security Administration
ERIN A. JURRENS, MO 61402
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235-6401
Telephone: (877) 833-2445
E-Mail: Erin.Jurrens@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL MARTIN DUCKWORTH,<br><br>     Plaintiff,<br><br>     v.<br><br>Commissioner of Social Security,<br><br>     Defendant. | CIVIL NO. 2:25-cv-02975-CKD<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will instruct the Administrative Law Judge to further consider the opinion evidence; offer the opportunity for a new hearing; take any further action needed to complete the administrative record; and to issue a new decision.

STIPULATION TO REMAND

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  April 2, 2026                 /s/ Francesco Benavides*
                                      FRANCESCO BENAVIDES
                                      Attorney for Plaintiff
                                      *Authorized via e-mail on April 2, 2026


Dated: April 2, 2026                  ERIC GRANT
                                      United States Attorney
                                      MATHEW W. PILE
                                      Head of Program Litigation 1
                                      Social Security Administration

                          By:     /s/ Erin Jurrens
                                      ERIN JURRENS
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant


**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated:  April 2, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE


STIPULATION TO REMAND